IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIU et al., <br><br> Plaintiffs, <br> v. <br><br> EB5 GLOBAL SF, LLC et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 24-564 |

## ORDER

**AND NOW,** this 15th day of July 2025, upon consideration of Defendants' Motions to Dismiss the Amended Complaint (Doc. Nos. 45, 48), Defendants' Motion to Strike (Doc. No. 47), Plaintiffs' Responses in Opposition (Doc. Nos. 59, 61, 63), Defendants' Replies (Doc. Nos. 71, 73), the arguments of counsel for the parties at the hearing held on the record on July 1, 2025, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions to Dismiss the Amended Complaint (Doc. Nos. 45, 48) are **GRANTED**. It is **FURTHER ORDERED** that the Motion to Strike (Doc. No. 47) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.